UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY A. HART,

    Plaintiff,

v.                                        Case No. 5:17cv401-TKW-MJF

MARK INCH, et al.,

    Defendants.

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 13). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed under the "three strikes" law, 28 U.S.C. §1915(g).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 12) is **DENIED**.

3. This case is **DISMISSED** pursuant to 28 U.S.C. §1915(g), without prejudice to Plaintiff initiating a new case accompanied by the $400 filing fee.

**DONE and ORDERED** this 21st day of January, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**